**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-00910-CMA-KLM

DANIEL T. SCHENKEIN,

     Plaintiff,

v.

ABBVIE, INC., and
ABBOTT LABORATORIES, INC.,

     Defendants.

---

**ORDER TO ADMINISTRATIVELY CLOSE IN LIGHT OF
PENDING MDL PROCEEDINGS**

---

This matter is before the Court on Defendants' Unopposed Motion to Stay This Action Until Resolution of MDL Motions (Doc. # 7).   The Court, having reviewed the file, finds that rather than leaving this case open indefinitely pending MDL resolution, this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.  Accordingly, it is

ORDERED that the Clerk of the Court shall ADMINISTRATIVELY CLOSE this action pursuant to D.C.COLO.LCivR 41.2.  It is

FURTHER ORDERED that the parties shall have leave to file a request to reopen within 14 days following the J.P.M.L.'s decision on pending centralization motions in MDL No. 2545.

     DATED:  May __09__, 2014

                                             BY THE COURT:

                                           _____
                                           CHRISTINE M. ARGUELLO
                                           United States District Judge